NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CASE–NASHVILLE CORPORATION (including Joe Ball, Ray Utley and Louis Graves).

No. 1949.

United States Court of Appeals
Eighth Circuit.

Nov. 4, 1953.

David P. Findling, Associate Gen. Counsel, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Steel & Steel, Nashville, Ark., for Respondent.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Russell R. HEIM, Appellant,

v.

UNITED STATES of America.

No. 14969.
United States Court of Appeals
Eighth Circuit.

Nov. 17, 1953.

Stetson & Jacobson, Minneapolis, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., Redwood Falls, Minn., for appellee.

Appeal from District Court docketed and dismissed, on motion of appellee.

Elmer F. KELM, Collector of Internal Revenue of the United States, for the District of Minnesota, Appellant, v. MOTOR POWER EQUIPMENT COMPANY, a Corporation.

No. 14940.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1953.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Bundlie, Kelley, Finley & Maun, St. Paul, Minn., for appellee.

Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, on stipulation.

Arthur D. REYNOLDS, Collector of Internal Revenue of the United States, for the District of Minnesota, Appellant, v. MOTOR POWER EQUIPMENT COMPANY, a Corporation.

No. 14939.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1953.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Bundlie, Kelley, Finley & Maun, St. Paul, Minn., for appellee.

Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, on stipulation.